He is a professor of physics at the University of Massachusetts in Brooklyn, New York. He is a practicing doctor by profession of radiation physics. His wife is a veterinarian. His husband is a pediatrician. He has a PhD in genetics. His wife is a nurse. His son is a physician. One, two, three, four, five, six, seven, eight, nine, ten, twenty, twenty-seven, forty-ten. The right one there, numerated risen. Under the right number in the two together. Origin and other links is the group. I am the female gift. I am the gift. I am the officer in the whole family.